No. 73–334.  MATANKY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–366.  WOLCOFF ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–389.  JOHNSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–390.  SHAPIRO ET AL. *v.* BARRETT, COUNTY CLERK OF COOK COUNTY, ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 73–391.  BEHRING PROPERTIES, INC., ET AL. *v.* SUN OIL CO.  C. A. 5th Cir.  Certiorari denied.

No. 73–395.  YUEN SANG LOW ET AL. *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL.  C. A. 9th Cir. Certiorari denied.

No. 73–397.  BRAND PLASTICS CO. ET AL. *v.* DOW CHEMICAL CO.  C. A. 9th Cir.  Certiorari denied.

No. 73–400.  REXACH ET AL. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 73–408.  SANTOS ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–409.  GORDON ET AL., CO-ADMINISTRATORS *v.* LIGHTENBURGER ET AL.  Sup. Ct. Nev.  Certiorari denied.